FILED

06/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0611

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0611

_____

IN THE MATTER OF THE ADOPTION OF
C.M.C,

D.C. and J.C.,

      Petitioners and Appellees,

   and

C.S.,

      Respondent and Appellant.

                       O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John C. Brown, District Judge.

                               For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 12 2024